IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1420 |
| | ) | |
| VARIOUS ACCOUNTS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 13th day of July, 2011, it is hereby ORDERED, ADJUDGED, and DECREED that the following defendant property that is the subject of the forfeiture action at Civil Action No. 08-1420 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity:

CitiBank Account No. 2724167891 in the name of Dwayne Thompson

CitiBank Account No. 400221618398 in the name of Dwayne Thompson

The Clerk shall mark this case closed.

_____